UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

MICHELLE L. NEWTON,

  Plaintiffs,

v.

         Case No. 2:11-CV-886
         JUDGE EDMUND A. SARGUS, JR.
         MAGISTRATE JUDGE NORAH MCCANN KING

STANDARD PARKING CORPORATION

  Defendant.

### ORDER

In light of the change in schedule established by the Magistrate Judge on June 1, 2012 (*see* Doc. 11), the new trial date is scheduled for **April 15, 2013**. The new pretrial schedule will be established by separate Order of the Court.

**IT IS SO ORDERED.**

6-11-2012
DATED

                 EDMUND A. SARGUS, JR.
                 UNITED STATES DISTRICT JUDGE